| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2020** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>TEILBORG, JAMES A. | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>05/06/2021 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE - SENIOR STATUS | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

401 WEST WASHINGTON STREET
SUITE 523-SPC 51
PHOENIX, AZ 85003-2154

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR AND VICE PRESIDENT | CLAREMONT HOMEOWNERS ASSOCIATION |
| 2. | DIRECTOR | ▬▬▬▬▬▬▬ |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | METROPOLITAN LIFE # 1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TEILBORG, JAMES A.** | 05/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | $13,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LIBERTY UNIVERSITY | SEPTEMBER 25-27, 2020 | LYNCHBERG, VIRGINIA | PARTICIPATE IN MOOT COURT FINALS | HOTEL AND PLANE FARE |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ++++⬛⬛⬛⬛⬛ (2000, $79,000.) | | None | L | R | | | | | |
| 2. (H) PACIFIC LIFE VARIABLE UNIVERSAL LIFE | | | | | | | | | |
| 3. ---FIXED ACCOUNT-PACIFIC LIFE | | None | M | T | | | | | |
| 4. THERMOSURGERY, INC. | | None | J | T | | | | | |
| 5. (H) NATIONWIDE FLEXIBLE VARIABLE UNIVERSAL LIFE POLICY | | | | | | | | | |
| 6. --- NW NVIT MD CAP INDEX 1 (FORMERLY NVIT MID CAP INDEX 1) | | None | K | T | | | | | |
| 7. --- BNY MEL VIF APP (NAME CHANGE FROM DREY VIF APPRECIATION PT ) | | None | K | T | | | | | |
| 8. --- INVESCO OPP VI DISC MDCP (FORMERLY OPP MIDCAP/VA NSS) | | None | J | T | | | | | |
| 9. ---INVESCO OPP VI DISC MD CP (FORMERLY OPP MS ST/VA NSS) | | None | K | T | | | | | |
| 10. --- JnsHndrsn VIT OVRSEAS SVC (FORMERY JNS ASP OVERSEAS SERVICE | | None | J | T | | | | | |
| 11. --- NW NVIT WF DISC1 (FORMERLY NVIT MULT-MGR MID CAP GROWTH) | | None | J | T | | | | | |
| 12. (H) EQUITABLE LIFE POLICY | | | | | | | | | |
| 13. --- EQ/ INTERMEDIATE GOVERNMENT BOND | | None | J | T | | | | | |
| 14. --- EQ/ BLACK ROCK BASIC VALUE EQUITY | | None | K | T | | | | | |
| 15. --- EQ/ MID CAP INDEX | | None | K | T | | | | | |
| 16. --- EQ/LARGE CAP CORE ,MGD VOL (FORMERLY EQ/LARGE CAP CORE PLUS) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. --EQ/LARGE CAP GROWTH MGD VOL (-FORMERLY AXA LARGE CAP GROWTH) | | None | K | T | | | | | |
| 18. ---EQ/INTL CORE MNGD VOLAT (FORMERLY AXA INTL INTERNATIONAL CORE PLUS | | None | J | T | | | | | |
| 19. ---CHARTER SMALL CAP VALUE | | None | J | T | | | | | |
| 20. ▓▓▓▓▓▓▓▓▓▓ | | None | L | U | | | | | |
| 21. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2017-2020A, (NO CONTROL) | A | Int./Div. | K | T | | | | | |
| 22. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2017-2020A, (NO CONTROL) | A | Int./Div. | | | Redeemed | 07/01/20 | J | C | |
| 23. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2021-20524A (NO CONTROL) | A | Int./Div. | K | T | Redeemed (part) | 07/01/20 | J | C | |
| 24. NUVEEN MUNICIPAL VALUE FUND | A | Dividend | J | T | | | | | |
| 25. (H) LINCOLN NATIONAL AMERICAN LEGACY III VIEW 14L | | | | | | | | | |
| 26. ---AF BL CHP INCOME & GROWTH | | None | L | T | | | | | |
| 27. ---AF GROWTH | | None | M | T | | | | | |
| 28. ---AF GRWTH-INC | | None | L | T | | | | | |
| 29. ---AF GLBL SM CAP | | None | K | T | | | | | |
| 30. ---AF INT'L | | None | L | T | | | | | |
| 31. --- AF NEW WORLD | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 32.  --- GLOBAL GROWTH-INCOME | | None | K | T | | | | | |
| 33.  ---AF GLOBAL GROWTH | | None | L | T | | | | | |
| 34.  ---AF BOND | | None | K | T | | | | | |
| 35.  --- GLOBAL BOND | | None | K | T | | | | | |
| 36.  --- GOV'T/AAA SECURITIES | | None | K | T | | | | | |
| 37.  --- HIGH INCOME BOND | | None | J | T | | | | | |
| 38.  AXA EQUITABLE WHOLE LIFE INSURANCE | A | Int./Div. | J | T | | | | | |
| 39.  METROPOLITAN TOWER LIFE | A | Int./Div. | J | T | | | | | |
| 40.  BANK OF AMERICA NA, RASP | A | Int./Div. | K | T | | | | | |
| 41.  ISHARES MBS ETF | B | Int./Div. | L | T | Buy (add'l) | 01/18/20 | K | | |
| 42. | | | | | Sold (part) | 03/16/20 | J | A | |
| 43. | | | | | Sold (part) | 03/24/20 | J | | |
| 44. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 45.  (H) PRUDENTIAL RETIREMENT B SERIES ANNUITY | | | | | | | | | |
| 46.  ---AST ACADEMIC STRATEGIES ASSET ALLOCATION | | None | L | T | | | | | |
| 47.  ---AST GOLDMAN SACHS MULTI-ASSET | | None | L | T | | | | | |
| 48.  ---AST BLACKROCK GLOBAL STRATEGIES PORT. | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 49. ---AST PRUDENTIAL GROWTH ALLOCATION | None | | L | T | | | | | |
| 50. ISHARES IBOXX $ INV GRADE CORP BD FD | A | Dividend | K | T | Sold (part) | 01/16/20 | J | A | |
| 51. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 52. | | | | | Sold (part) | 03/26/20 | J | A | |
| 53. | | | | | Sold (part) | 04/16/20 | J | A | |
| 54. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 55. VANGUARD INTERMEDIATE TERM BOND ETF | A | Dividend | K | T | Sold (part) | 01/16/20 | K | | |
| 56. | | | | | Sold (part) | 03/16/20 | J | A | |
| 57. | | | | | Sold (part) | 03/16/20 | K | A | |
| 58. | | | | | Sold (part) | 03/24/20 | J | A | |
| 59. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 60. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 61. INVESCO EMERGING MARKET SOVEREIGN | A | Dividend | J | T | Buy (add'l) | 01/16/20 | J | | |
| 62. ISHARES 3-7 YEAR TREASURY BOND ETF | A | Dividend | | | Sold | 01/15/20 | K | D | |
| 63. ++++ ▓▓▓▓▓▓▓▓▓▓▓▓<br>(2015, $55,000.) | | None | L | R | | | | | |
| 64. VANGUARD GROWTH ETF | B | Dividend | M | T | Buy (add'l) | 04/16/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. | | | | | Sold (part) | 08/14/20 | L | E | |
| 66. ISHARES INC CORE MSCI EMERG MKTS ETF | A | Dividend | K | T | Buy (add'l) | 01/16/20 | J | | |
| 67. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 68. | | | | | Sold (part) | 04/16/20 | K | | |
| 69. | | | | | Sold (part) | 08/14/20 | J | A | |
| 70. VANGUARD VALUE ETF | D | Dividend | M | T | Sold (part) | 01/15/20 | K | D | |
| 71. | | | | | Buy (add'l) | 03/24/20 | K | | |
| 72. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 73. INVESCO PREFERRED ETF | A | Dividend | J | T | | | | | |
| 74. ISHARES TIPS BOND ETF | A | Dividend | K | T | Buy (add'l) | 08/14/20 | J | | |
| 75. VANGUARD SMALL CAP VALUE ETF | A | Dividend | K | T | Buy (add'l) | 01/16/20 | J | | |
| 76. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 77. | | | | | Sold (part) | 08/14/20 | J | | |
| 78. VANGUARD SMALL CAP GROWTH ETF | A | Dividend | K | T | Buy (add'l) | 01/16/20 | K | | |
| 79. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 80. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 81. | | | | | Sold (part) | 08/14/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TEILBORG, JAMES A.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. VANECK VECTORS. JPMORGAN EM LOCAL CURR CCY | | None | | | Sold | 01/15/20 | J | A | |
| 83. ISHARES IBOXX HIGH YIELD CORP BD | | None | | | Sold | 01/15/20 | J | A | |
| 84. ISHARES TR CORE MSCI EAF | A | Dividend | M | T | Buy (add'l) | 01/16/20 | K | | |
| 85. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 86. | | | | | Sold (part) | 04/16/20 | J | | |
| 87. | | | | | Buy (add'l) | 08/14/20 | K | | |
| 88. MERRILL LYNCH CASH ACCOUNT | | None | | | Merged (with line 111) | 08/21/20 | M | | |
| 89. VANGUARD SHORT-TERM CORP BOND | B | Dividend | K | T | Sold (part) | 01/15/20 | K | B | |
| 90. | | | | | Sold (part) | 03/16/20 | J | A | |
| 91. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 92. VANGUARD INTERMEDIATE-TERM CORPORATE BOND FD | A | Dividend | K | T | | | | | |
| 93. | | | | | | | | | |
| 94. XTRACKERS USE HIGH YIELD CORP BOND ETF | A | Dividend | J | T | | | | | |
| 95. BLACKROCK LIQUIDITY FUND T FD | A | Dividend | K | T | | | | | |
| 96. ISHARES 20+ YEAR | A | Dividend | J | T | Buy | 01/16/20 | K | | |
| 97. | | | | | Sold (part) | 03/17/20 | J | A | |
| 98. | | | | | Sold (part) | 03/18/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 99. | | | | | Buy<br>(add'l) | 08/14/20 | J | | |
| 100. SCHWAB SHORT TERM U.S.TREASURY | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 101. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 102. | | | | | Sold<br>(part) | 03/24/20 | J | A | |
| 103. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 104. VANECK VECTORS FALLEN ANGEL | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 105. SPDR BLOOMBERG BARCLAYS | A | Dividend | K | T | Buy | 03/16/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 08/14/20 | J | | |
| 111. (H) INVESTMENT ACCOUNT # 2 | | | | | | | | | |
| 112. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | Open | 08/21/20 | M | | |
| 113. - BLACKROCK LIQUIDITY FUND T FUND INSTL CL | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 114. - INVESCO EMERGING MARKETS SOVEREIGN DET ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 115. - INVESCO PREFERRED ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TEILBORG, JAMES A.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 116. - ISHARES 20+ YEARS TREASURY BOND ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 117. - ISHARES TIPS BOND ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 118. - ISHARES MBS ETF | A | Dividend | K | T | Buy | 10/22/20 | K | | |
| 119. - ISHARES INC CORE MSCI EMERGING MKTS ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 120. - ISHARES TR CORE MSCI EAF EFT | A | Dividend | K | T | Buy | 10/22/20 | K | | |
| 121. - SCHWAB SHORT-TERM U.S. TREASURY ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 122. - SPDR BLOOMBERG BARCLAYS 1-3 MNTH T BILL ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 123. - VANECK VECTORS FALLEN ANGEL HIGH YIELD B | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 124. - VANGUARD SMALL CAP VALUE ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 125. - VANGUARD SMALL CAP GROWTH ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 126. - VANGUARD VALUE ETF | A | Dividend | K | T | Buy | 10/22/20 | K | | |
| 127. - VANGUARD GROWTH ETF | A | Dividend | K | T | Buy | 10/22/20 | K | | |
| 128. - VANGUARD INTERMDIATE-TERM BOND ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 129. - VANGUARD SHORT-TERM CORPORATE BOND | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 130. - VANGUARD TOTAL INTERNATIONAL BOND ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 131. - XTRACKERS USD HIGH YIELD CORPORATE BOND ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TEILBORG, JAMES A.** | 05/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **TEILBORG, JAMES A.** | 05/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES A. TEILBORG**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544